IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KAHLIL FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 2:15-CV-153-LGW |
| MCINTOSH COUNTY SCHOOL DISTRICT; ) | |
| LORI QUIGLEY, in her Individual and Official ) | |
| Capacity as Teacher; LARRY DAY, in his ) | |
| Official Capacity as Principal; TERRANCE ) | |
| HAYWOOD, in his Official Capacity as Vice- ) | |
| Principal; ERNESTINE KIRBY, in her Official ) | |
| Capacity as former Superintendent of McIntosh ) | |
| County Schools; BONNIE CALDWELL, DWIGHT ) | |
| JORDAN, JOSEPH MAULDEN, HOLLY BOONE, ) | |
| SONYA LUMLEY, and DIANE RICHARDSON, ) | |
| in their Official Capacity as Members of the ) | |
| McIntosh County School Board of Education, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Consent Motion of the Parties to stay the proceedings in this case having been read and considered, for the reasons stated in the Motion, the Consent Motion to Stay is **GRANTED**.

**SO ORDERED** this 13 day of May, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA